[No. 17170-1-III.    Division Three.    October 21, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. MARK STEVEN
WILLIAMS, *Appellant*.

Appeal from a judgment of the Superior Court for
Spokane County, No. 96-1-00879-7, Michael E. Donohue, J.,
entered January 9, 1998. *Affirmed* by unpublished opinion
per Kurtz, J., concurred in by Schultheis, C.J., and Kato, J.

[No. 17391-7-III.    Division Three.    October 21, 1999.]

WILLIAM N. MCCULLOUGH, *Respondent*, v. PATTI M.
UMLAND, *Appellant*.

Appeal from a judgment of the Superior Court for Grant
County, No. 97-2-00295-4, Kenneth L. Jorgensen, J.,
entered February 19, 1998. *Affirmed* by unpublished
opinion per Kurtz, J., concurred in by Schultheis, C.J., and
Kato, J.

[No. 15255-3-III.    Division Three.    October 21, 1999.]

MOHAMED A. JALLOH, *Appellant*, v. TRINA ANDERSON, ET
AL., *Respondents*.

Appeal from a judgment of the Superior Court for Whit-
man County, No. 92-2-00153-3, Wallis W. Friel, J., entered
October 20, 1995. *Reversed* by unpublished opinion per
Kurtz, J., concurred in by Schultheis, C.J., and Sweeney, J.

[No. 17996-6-III.    Division Three.    October 21, 1999.]

SUNBELT CONSTRUCTION, INC., *Appellant*, v. WALKERS'
PAVING, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Grant
County, No. 97-2-00016-1, Evan E. Sperline, J., entered
September 25, 1998. *Reversed* by unpublished opinion per
Sweeney, J., concurred in by Schultheis, C.J., and Kurtz, J.